Argued and submitted September 30, vacated and remanded for reconsideration
November 9, 2011, petition for review denied March 8, 2012 (351 Or 649)

## STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

## JEROMY VICTOR SOSSAMAN,
*Defendant-Respondent.*

Clatsop County Circuit Court
097096; A144259

266 P3d 177

Joanna L. Jenkins, Assistant Attorney General, argued the cause for appellant. With her on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

Ryan T. O'Connor, Senior Deputy Public Defender, argued the cause for respondent. With him on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM